**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Olde Country Reproductions, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Pewtarex**<br>**DBA  Rhino Frames** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0991691** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **722 West Market Street**<br>**York, PA 17401**<br>Number, Street, City, State & ZIP Code | **P.O. Box 2617**<br>**York, PA 17401**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **York**<br>County | **Location of principal assets, if different from principal place of business**<br>**145 North Hartley Street York, PA 17401**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.pewtarex.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Case 1:16-bk-00536-RNO    Doc 1    Filed 02/10/16    Entered 02/10/16 11:03:23    Desc
Main Document    Page 1 of 64

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____3329____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 10, 2016**
                MM / DD / YYYY

X **/s/ William H. Swartz, III**                    **William H. Swartz, III**
  Signature of authorized representative of debtor    Printed name

Title     **President**

**18. Signature of attorney**

X **/s/ Lawrence V. Young**                    Date **February 10, 2016**
  Signature of attorney for debtor                   MM / DD / YYYY

**Lawrence V. Young**
Printed name

**CGA Law Firm**
Firm name

**135 North George Street**
**York, PA 17401**
Number, Street, City, State & ZIP Code

Contact phone **717-848-4900**     Email address **lyoung@cgalaw.com**

**21009**
Bar number and State

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 10, 2016**      X **/s/ William H. Swartz, III**
                                                Signature of individual signing on behalf of debtor

                                           **William H. Swartz, III**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor name | **Olde Country Reproductions, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACH Capital, LLC Agent for Capital Stack, LLC 11 Broadway, Suite 814 New York, NY 10004** | | **Fifth lien on all corporate assets** | | $16,660.00 | $65,622.00 | $16,660.00 |
| **Ally Financial PO Box 380901 Bloomington, MN 55438** | | **2015 Ford F-150 Value pursuant to www.kbb.com - Private Party Sale** | | $51,980.88 | $41,000.00 | $10,980.88 |
| **Bergdoll & Company 137 West Market St York, PA 17401** | | **Accountant fees** | | | | $9,410.29 |
| **Campbell Harrington and Brear 352 West Market St York, PA 17401** | | **Advertising** | | | | $46,308.44 |
| **Chase Bankruptcy Dept. P.O. Box 15145 Wilmington, DE 19850** | | **Credit card** | | | | $18,432.30 |
| **City of York 101 South George St PO Box 1506 York, PA 17405-1506** | | **Sewer** | | | | $21,522.50 |
| **Frank H. and Rebecca K. Countess 555 Highland Terrace York, PA 17403** | | **Personal loan** | | | | $125,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First National Bank 4140 E. State St. Hermitage, PA 16148 | | Unsecured loan (secured by non-estate asset: 6,100 Shares of CRH Stock | | | | $500,000.00 |
| Frank Sahd Salvage Center 1045 Lancaster Avenue Columbia, PA 17512 | | | | | | $16,562.92 |
| Golf Specialties by Birdie, Inc. 2536 Eastern Blvd. Suite 202 York, PA 17402 | | Subcontractor | | | | $11,061.61 |
| H&H Castings, Inc. 4300 Lincoln Highway York, PA 17406 | | Subcontractor | | | | $10,890.50 |
| MetEd PO Box 3687 Akron, OH 44309-3687 | | Utilities | | | | $18,234.29 |
| New Era Lending North Orange Street Suite 762 Wilmington, DE 19801 | | Accounts Receivable | | $20,378.00 | $23,024.89 | $20,378.00 |
| Occupational Safety & Health Admin 43 Kline Village Harrisburg, PA 17104 | | OSHA citation | | | | $13,776.00 |
| PeoplesBank, A Codorus Valley Compa 105 Leader Heights Road P.O. Box 2887 York, PA 17405 | | Second lien on all corporate assets | | $150,000.00 | $65,622.00 | $134,378.00 |
| PowerUp Lending Group, Ltd. 111 Great Neck Road, Suite 218 Great Neck, NY 11021 | | Fourth lien on all corporate assets | | $182,162.00 | $65,622.00 | $182,162.00 |
| Sherman Properties 720 West Market St York, PA 17401 | | Rent | | | | $67,500.00 |
| Sherman Property Management, Inc 720 West Market St York, PA 17401 | | Utilities & Janitorial | | | | $24,083.84 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William H. Swartz, III 1063 Wyndham Drive York, PA 17403** | | **Personal loan** | | | | **$545,749.00** |
| **World Global Financial 141 North East 3rd Avenue Miami, FL 33132** | | **Sixth lien on all corporate assets** | | **$16,385.00** | **$65,622.00** | **$16,385.00** |

**Fill in this information to identify the case:**

Debtor name  **Olde Country Reproductions, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*...................................................................................    $    **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................    $    **106,622.89**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................    $    **106,622.89**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **487,565.88**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............    +$    **1,530,354.84**

4. **Total liabilities** .................................................................................................................
Lines 2 + 3a + 3b    $    **2,017,920.72**

Fill in this information to identify the case:

Debtor name  **Olde Country Reproductions, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$500.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Peoples Bank (negative balance)** | **General Checking** | **7831** | **$0.00** |
| 3.2.. | **Peoples Bank (negative balance)** | **Payroll checking** | **7849** | **$0.00** |
| 3.3.. | **First National Bank** | **General checking** | **1937** | **$624.00** |
| 3.4.. | **First National Bank** | **Payroll** | **1933** | **$9.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,133.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:  _____ 23,024.89  - _____ 0.00 = ....  _____ **$23,024.89**
                          face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**

| | |
|---|---|
| Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$23,024.89** |

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** Inventory (patterns and finished goods) - see attached list | 12/31/2015 | $0.00 | Liquidation | $16,550.00 |
| 22.   **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**

| | |
|---|---|
| Add lines 19 through 22. Copy the total to line 84. | **$16,550.00** |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture and equipment - see attached list** | **$0.00** | **Liquidation** | **$1,795.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                    | **$1,795.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **1994 Dodge Ram 1500 Pick Up Truck** | **$0.00** | **Liquidation** | **$100.00** |

47.2..  **2015 Ford F-150**

|  | Value pursuant to www.kbb.com - Private Party Sale | $0.00 | Comparable sale | $41,000.00 |
|---|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **Manufacturing equipment - see attached list**
     **\*Certain items are listed as having a value of $0 as the cost of labor to disassemble and/or relocate them exceeds the scrap value of the item.**   $0.00   Liquidation   $23,020.00

51.  **Total of Part 8.**   $64,120.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Trademark: Pewtarex** | $0.00 | | $0.00 |
| **Trademark: Rhino Frames** | $0.00 | | $0.00 |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

| **Licenses with schools (see attached list)** | $0.00 | | $0.00 |
| --- | --- | --- | --- |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

| | $0.00 |
| --- | --- |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Olde Country Reproductions, Inc.** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|--|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,133.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $23,024.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $16,550.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,795.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $64,120.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $106,622.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $106,622.89 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy



# Olde Country Reproductions, Inc.
## Aged Receivables
## As of Feb 3, 2016

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by Name. Report is printed in Detail Format.

| Customer ID | Bill to Name | Address Line 1 | Address Line 2 | City ST ZIP | Amount Due |
|---|---|---|---|---|---|
| 183 | Appalachian State Univ Bookstore | 219 College St | ASU Box 32028 | Boone, NC  28608 | 1,509.42 |
| **183** | | | | | **1,509.42** |
| 21928 | Bailey's General Store | Attn: Linda Grabner | 2477 Periwinkle Way | Sanibel Island, FL  33957 | 157.35 |
| **21928** | | | | | **157.35** |
| 19380 | Big Bronco | 6602 E. Cave Creek Rd. | | Cave Creek, AZ  85331 | 148.46 |
| **19380** | | | | | **148.46** |
| 16676 | Boas Associates, Inc. | 150 E Hawthorne Ave | | Valley Stream, NY  11580 | 495.96 |
| **16676** | | | | | **495.96** |
| 22055 | Cheddars | 1770 W International Speedway | | Daytona Beach, FL  32114 | 382.16 |
| **22055** | | | | | **382.16** |
| 21945 | Cheddars #930 | 6650 S Semoran Blvd | | Orlando, FL  32822 | 103.37 |
| **21945** | | | | | **103.37** |
| 21881 | Contemporary Industries South | 1940 12th St | | Sarasota, FL  34236 | 35.63 |
| **21881** | | | | | **35.63** |
| 22057 | Creative Home Decor | AKA Rock Farm Home | 2160 Horse Prairie Rd | Reno, NV  89521 | 57.72 |
| **22057** | | | | | **57.72** |
| 17328 | Dougherty's Tavern | 2055 Jefferson Davis Hwy. | | Stafford, VA  22554 | 86.39 |
| **17328** | | | | | **86.39** |

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by Name. Report is printed in Detail Format.

| Customer ID | Bill to Name | Address Line 1 | Address Line 2 | City ST ZIP | Amount Due |
|---|---|---|---|---|---|
| 22052 | Dunlavy | 2525 Robin Hood Dr | | Houston, TX  77005 | 888.79 |
| 22052 | Dunlavy | 2525 Robin Hood Dr | | Houston, TX  77005 | 101.99 |
| **22052** | | | | | **990.78** |
| 1201 | Edward Don & Company | Attn: Accounts Payable | PO Box 5540 | Woodridge, IL  60517 | 46.00 |
| 1201 | Edward Don & Company | Attn: Accounts Payable | PO Box 5540 | Woodridge, IL  60517 | 93.00 |
| **1201** | | | | | **139.00** |
| 17117 | Engraving Awards & Gifts Inc | 42 Franklin St | | Laconia, NH  03246 | 26.00 |
| 17117 | Engraving Awards & Gifts Inc | 42 Franklin St | | Laconia, NH  03246 | 811.00 |
| 17117 | Engraving Awards & Gifts Inc | 42 Franklin St | | Laconia, NH  03246 | 651.75 |
| 17117 | Engraving Awards & Gifts Inc | 42 Franklin St | | Laconia, NH  03246 | 45.50 |
| 17117 | Engraving Awards & Gifts Inc | 42 Franklin St | | Laconia, NH  03246 | 118.50 |
| 17117 | Engraving Awards & Gifts Inc | 42 Franklin St | | Laconia, NH  03246 | 114.00 |
| **17117** | | | | | **1,766.75** |
| 22058 | General Cigar Company | Scandinavian Tobacco Company | 10900 Nuckols Rd #100 | Glen Allen, VA  23060 | 7,858.92 |
| **22058** | | | | | **7,858.92** |
| 4891 | Jas Townsend & Son, Inc. | 133 N. First St. | PO Box 415 | Pierceton, IN  46562 | 128.95 |
| 4891 | Jas Townsend & Son, Inc. | 133 N. First St. | PO Box 415 | Pierceton, IN  46562 | 149.82 |
| **4891** | | | | | **278.77** |
| 19711 | Lander University | 320 Stanley Ave | | Greenwood, SC  29649 | 656.10 |
| **19711** | | | | | **656.10** |
| 21991 | McMaster University Campus Store | Gilmour Hall B-101 | 1280 Main Street West | Hamilton, ON  L8S 4L8 | 1,036.80 |
| **21991** | | | | | **1,036.80** |

# Olde Country Reproductions, Inc.
## Aged Receivables
## As of Feb 3, 2016

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by Name. Report is printed in Detail Format.

| Customer ID | Bill to Name | Address Line 1 | Address Line 2 | City ST ZIP | Amount Due |
|---|---|---|---|---|---|
| 8187 | Palace Printer ABC Trophy | 100 N Maple Ave | | Greensburg, PA  15601 | 66.99 |
| **8187** | | | | | **66.99** |
| 18421 | Pennsylvania Capitol Shop | B-1-B State Capitol Building | | Harrisburg, PA  17120 | 870.00 |
| **18421** | | | | | **870.00** |
| 14738 | Petro - Iron Skillet #312 | 722 Watt Road | | Knoxville, TN  37933 | 133.69 |
| **14738** | | | | | **133.69** |
| 14747 | Petro - Iron Skillet #323 | 7401 W Highway 318 | | Reddick, FL  32686 | 424.90 |
| **14747** | | | | | **424.90** |
| 19153 | Petro - Iron Skillet #370 | I-70 Exit 28 | 301 Southwest First Ave. | Oak Grove, MO  64075 | 544.07 |
| 19153 | Petro - Iron Skillet #370 | I-70 Exit 28 | 301 Southwest First Ave. | Oak Grove, MO  64075 | 212.20 |
| **19153** | | | | | **756.27** |
| 22059 | Petro Iron Skillet #376 | 1035 W State Rd 42 | | Brazil, IN  47834 | 342.91 |
| **22059** | | | | | **342.91** |
| 3012 | Prize Possessions,Inc. | 340R Vanderbilt Ave | | Norwood, MA  02062 | 368.55 |
| **3012** | | | | | **368.55** |
| 20029 | R Q Hinckle & Son, Inc. | 729 Haverford Rd. | PO Box 240 | Bryn Mawr, PA  19010 | 766.74 |
| 20029 | R Q Hinckle & Son, Inc. | 729 Haverford Rd. | PO Box 240 | Bryn Mawr, PA  19010 | 175.18 |
| 20029 | R Q Hinckle & Son, Inc. | 729 Haverford Rd. | PO Box 240 | Bryn Mawr, PA  19010 | 453.09 |
| 20029 | R Q Hinckle & Son, Inc. | 729 Haverford Rd. | PO Box 240 | Bryn Mawr, PA  19010 | 25.94 |
| 20029 | R Q Hinckle & Son, Inc. | 729 Haverford Rd. | PO Box 240 | Bryn Mawr, PA  19010 | 1,344.66 |
| 20029 | R Q Hinckle & Son, Inc. | 729 Haverford Rd. | PO Box 240 | Bryn Mawr, PA  19010 | 1,180.68 |

Case 1:16-bk-00536-RNO    Doc 1    Filed 02/10/16    Entered 02/10/16 11:03:23    Desc
Main Document      Page 19 of 64

# Olde Country Reproductions, Inc.
## Aged Receivables
### As of Feb 3, 2016

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by Name. Report is printed in Detail Format.

| Customer ID | Bill to Name | Address Line 1 | Address Line 2 | City ST ZIP | Amount Due |
|---|---|---|---|---|---|
| 20029 | | | | | 3,946.29 |
| 12578 | R. W. Smith & Co. | 8555 Miralani Dr | PO Box 26160 | San Diego, CA  92196 | 160.00 |
| 12578 | | | | | 160.00 |
| 16485 | Regional Trophy Co | 114 Ribbon Lane | | South Fork, PA  15956 | 190.71 |
| 16485 | | | | | 190.71 |
| 3126 | Roaring Good Ideas | 225 E. 4Th St | PO Box 112 | Ocilla, GA  31774 | 95.65 |
| 3126 | | | | | 95.65 |
| 20233 | Salisbury Pewter | 29085 Airpark Dr | | Easton, MD  21601 | -0.01 |
| 20233 | | | | | -0.01 |
| 3474 | Snoozy's College Bookstore | 1321 10Th Ave S | | Birmingham, AL  35205 | 468.82 |
| 3474 | Snoozy's College Bookstore | 1321 10Th Ave S | | Birmingham, AL  35205 | 382.11 |
| 3474 | | | | | 850.93 |
| 14572 | Sowers Pewter, Crystal & Gifts | 3323 Needle Palm Dr. | | Edgewater, FL  32141 | 40.78 |
| 14572 | | | | | 40.78 |
| 17244 | The Golden Bear, Inc. | PO Box 5060 | | Vail, CO  81658 | 710.65 |
| 17244 | | | | | 710.65 |
| 21409 | The Pitt Shop | University Of Pittsburgh | 3939 Forbes Ave | Pittsburgh, PA  15213 | 269.28 |
| 21409 | | | | | 269.28 |

Case 1:16-bk-00536-RNO    Doc 1    Filed 02/10/16    Entered 02/10/16 11:03:23    Desc
Main Document    Page 20 of 64

# Olde Country Reproductions, Inc.
## Aged Receivables
### As of Feb 3, 2016

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by Name. Report is printed in Detail Format.

| Customer ID | Bill to Name | Address Line 1 | Address Line 2 | City ST ZIP | Amount Due |
|---|---|---|---|---|---|
| 10247 | Trimark SS Kemp Cleveland | 4567 Willow Parkway | | Cleveland, OH 44125 | 25.48 |
| **10247** | | | | | **25.48** |
| 6608 | University Spirit | 700 Baxter St | | Athens, GA 30605 | 368.16 |
| **6608** | | | | | **368.16** |
| 3684 | VOLSHOP | The University of Tennessee | 1015 Phillip Fulmer Way | Knoxville, TN 37996 | 1,314.01 |
| **3684** | | | | | **1,314.01** |
| 21089 | Webb Mason Inc. | 10830 Gilroy Rd | PO Box 1107 | Hunt Valley, MD 21031 | 14.30 |
| **21089** | | | | | **14.30** |
| **Report Total** | | | | | **26,653.12** |



# Olde Country Reproductions, Inc.

145 North Hartley St, York, PA

722 West Market Street, York , PA

Forced Liquidation Value (FLV)

*Effective Date:  February 5, 2016*

| ITEM # | QTY | YEAR | MANUFACTUER | MODEL # | DESCRIPTION | S/N | FLV |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | Delta | | Drill press, bench type | | 50 |
| 2 | 1 | | Buffalo | #15 | Drill press | | 50 |
| 3 | 1 | | Buffalo | | Drill press (not operational) | | 5 |
| 4 | 1 | | Powermatic | | Band saw, 20" throat, (not operational) | | 5 |
| 5 | 1 | | Tannewitz | | Band saw, 29" throat (needs rebuild) | | 5 |
| 6 | 1 | | | | Belt Grinder, 8"x 107" | | 200 |
| 7 | 1 | | Miller | EP300 | Mig Welder w/ wire feed S224 | | 300 |
| 8 | 1 | | Hypertherm | Powermax 30 | Plasma cutter | | 350 |
| 9 | 1 | | | | 20 sections of 4x 8 steel racking | | 500 |
| 10 | 1 | | South Bend | 8117 | Gear head lathe, belt drive, tail stock  (not operational) | | 100 |
| 11 | 1 | | Powermatic | 1200 | Multiple head drill press, 5hp (not operational) | 677-4840 | 100 |

| ITEM # | QTY | YEAR | MANUFACTUER | MODEL # | DESCRIPTION | S/N | FLV |
|---|---|---|---|---|---|---|---|
| 12 | 1 | 1985 | Mori-Seiki | MV Junior | CNC vertical machining center, 16 tool changer (tool changer not operational) | | 3,500 |
| 13 | 1 | | Bader | Space Saver, 1004A | Belt grinder, 3"x132", 220v, | 2946 | 500 |
| 14 | 1 | | Beltmaster | | Dual head belt Grinder, 3"x164" | | 500 |
| 15 | 1 | | Bradford | Metalmaster | Dual head belt Grinder, 2"x 132" | | 500 |
| 16 | 1 | | Mitchell | A525 | Dual head buffing wheel | | 500 |
| 17 | 10 | | Ultramatic, Sweco, Thurman | | Vibratory finishing machines | | 7,500 |
| 18 | 7 | | Ultramatic, Sweco, Thurman | | Vibratory finishing machines (not operational) | | 350 |
| 19 | 1 | 1987 | OMCO | HB45H | Automatic molding machine | 075-00501 | 500 |
| 20 | 1 | | | | Mold handler, carts | | 10 |
| 21 | 1 | | | | Sand conveyors | | 10 |
| 22 | 2 | | BMM | V2030 | Jolt Squeeze molding machines | DK4435 | 1,200 |
| 23 | 1 | | Simpson | 1.5 B | Batch sand muller | | 500 |
| 24 | 1 | | | | Chair conveyor system for molds, approx. 70 chairs | | 10 |
| 25 | 1 | | | | Homemade shaker | | 10 |
| 26 | 1 | | Dependable | DSG206B | Shell Core machine, nat gas | | 500 |

| ITEM # | QTY | YEAR | MANUFACTUER | MODEL # | DESCRIPTION | S/N | FLV |
|---|---|---|---|---|---|---|---|
| 27 | 1 | | Clark | GFP30MB | Fork lift, LP, 6,000lb, solid tires | GP138MB-0146-6836F | 300 |
| 28 | 1 | 1997 | Bobcat | 751 | Skid steer loader, GP bucket, pneumatic tires, 4,962 hrs., (leaks hyd fluid) | 5147143282 | 2,500 |
| 29 | 1 | 1994 | Dodge | Ram 1500 | Pickup truck, missing tail gate, 100,000 miles (poor cond.) | 1BFHF16Y3RS584853 | 400 |
| 30 | 1 | | | | Torch set, cart and regulators | | 50 |
| 31 | 1 | | | LOW10 | H frame bearing press, 20 ton | | 250 |
| 32 | 1 | | Rockwell Delta | 15-016 | Drill press, pedestal | 1457872 | 50 |
| 33 | 1 | | Rockwell Delta | | Band saw, 1/4 ", 12" throat | | 75 |
| 34 | 1 | | KFF | | Drill press, 16 speed | | 50 |
| 35 | 1 | | Delta | | Disk sander, 12" | | 50 |
| 36 | 2 | | Better Packages | | Tape machines | | 100 |
| 37 | 1 | | | | Assorted carts, shopping carts, scale, etc. | | 275 |
| 38 | 1 | | Clark | C30B | Forklift, 3,000lb, cap. (not operational) | | 100 |
| 39 | 1 | | Burr King | 760 | Belt sander, 2" x 60" | | 200 |
| 40 | 1 | | GP | | Belt sander 1"x 90" | | 150 |
| 41 | 1 | | Thermtronix | SF2300 | Crucible type, electric aluminum melting & holding furnace,  gas, 2300 lb. | 941185 | 500 |
| 42 | 1 | 1990 | Gardner Denver | | Air compressor, electric, 200 psi at 450F., horizontal tank, 27,783 hrs. | | 200 |

| ITEM # | QTY | YEAR | MANUFACTUER | MODEL # | DESCRIPTION | S/N | FLV |
|---|---|---|---|---|---|---|---|
| 43 | 1 | 1985 | LeRoi | 25SST | Air compressor, electric, 200 psi, 220 gal horizontal tank, (not operational) | | 10 |
| 44 | 1 | | Central | 68893 | Pneumatic blast cabinet (not opertional) | 367821511 | 5 |
| 45 | 1 | | | | Assorted office furniture and equipment | | 1,795 |
| 46 | 700 | | | | 700 patterns, majority are discontinued items, average 10 Lb ea. (scrap value @ .60 Lb, less labor) | | 3,200 |
| 47 | 24,812 | | | | Finished goods, approx. 90% outdated (scrap value @ .60Lb, for 23,916 Lbs,  less labor) | | 13,350 |

**Total  - Forced Liquidation Value    41,365**

Fill in this information to identify the case:

Debtor name  **Olde Country Reproductions, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **ACH Capital, LLC**<br>Creditor's Name<br><br>**Agent for Capital Stack, LLC**<br>**11 Broadway, Suite 814**<br>**New York, NY 10004**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Fifth lien on all corporate assets**<br><br><br>Describe the lien<br>**Fifth priority security interest perfected by UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No   ☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $16,660.00 | $65,622.00 |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/20/2015**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**  **Ally Financial**<br>Creditor's Name<br><br>**PO Box 380901**<br>**Bloomington, MN 55438**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2015 Ford F-150**<br><br>**Value pursuant to www.kbb.com - Private Party Sale**<br><br>Describe the lien<br>**Purchase money security interest**<br>**Is the creditor an insider or related party?**<br>■ No   ☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $51,980.88 | $41,000.00 |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/23/15**<br>**Last 4 digits of account number**<br>**9576** | | | |

Case 1:16-bk-00536-RNO    Doc 1    Filed 02/10/16    Entered 02/10/16 11:03:23    Desc
Main Document      Page 26 of 64

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$65,622.00** |
|---|---|---|---|---|
| | Creditor's Name | **Third lien on all corporate assets** | | |

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Describe the lien

**Third priority security interest perfected by UCC-1**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/19/2014**

**Last 4 digits of account number**
**0044**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Margaret Swartz** | Describe debtor's property that is subject to a lien | **$50,000.00** | **$65,622.00** |
|---|---|---|---|---|
| | Creditor's Name | **First lien on all corporate assets** | | |

**777 Willowbrook Way**
**York, PA 17403**

Creditor's mailing address

Describe the lien

**First priority security interest perfected by UCC-1**

**Is the creditor an insider or related party?**

☐ No

☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2013**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **New Era Lending** | Describe debtor's property that is subject to a lien | **$20,378.00** | **$23,024.89** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable** | | |

**North Orange Street**
**Suite 762**
**Wilmington, DE 19801**

Creditor's mailing address

Describe the lien

---

**Security interest perfected by UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**10/09/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **PeoplesBank, A Codorus Valley Compa** | Describe debtor's property that is subject to a lien | $150,000.00 | $65,622.00 |
|---|---|---|---|---|

Creditor's Name

**105 Leader Heights Road P.O. Box 2887 York, PA 17405**

Creditor's mailing address

**Second lien on all corporate assets**

**Describe the lien**

**Second priority security interest perfected by UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**8/21/2013**

**Last 4 digits of account number**

**9500**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **PowerUp Lending Group, Ltd.** | Describe debtor's property that is subject to a lien | $182,162.00 | $65,622.00 |
|---|---|---|---|---|

Creditor's Name

**111 Great Neck Road, Suite 218 Great Neck, NY 11021**

Creditor's mailing address

**Fourth lien on all corporate assets**

**Describe the lien**

**Fourth priority security interest perfected by UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**7/22/2015**

**Last 4 digits of account number**

**1108**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.8 | **World Global Financial** | Describe debtor's property that is subject to a lien | $16,385.00 | $65,622.00 |

Creditor's Name

**Sixth lien on all corporate assets**

**141 North East 3rd Avenue
Miami, FL 33132**

Creditor's mailing address

Describe the lien

**Security interest in all corporate assets**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**09/23/2015**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $487,565.88 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alex E. Snyder, Esq.**<br>**Barley Snyder**<br>**100 E. Market Street**<br>**York, PA 17401** | Line **2.4** | |
| **Benjamin Riggs, Esquire**<br>**PeoplesBank**<br>**105 Leaders Heights Road**<br>**York, PA 17403** | Line **2.6** | |
| **Capital Stack, LLC**<br>**122 E. 42nd Street, Suite 2112**<br>**New York, NY 10168** | Line **2.1** | |
| **Stephen J. Czarnik, Esquire**<br>**245 Park Ave., 39th Floor**<br>**New York, NY 10167** | Line **2.7** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Abacus Computers**<br>**26 Essex Circle Dr**<br>**Shrewsbury, PA 17361** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$450.00** |
| Date or dates debt was incurred   7/20/15 | Basis for the claim:   **Service** | |
| Last 4 digits of account number   0145 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address<br>**Advanced Deburring**<br>**25 Marianne Drive**<br>**York, PA 17406-8406** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$417.14** |
| Date or dates debt was incurred   8/19/15 | Basis for the claim:   **Materials** | |
| Last 4 digits of account number   7975 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3** Nonpriority creditor's name and mailing address<br>**Airgas USA, LLC**<br>**6055 Rockside Woods Blvd.**<br>**Independence, OH 44131** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,307.23** |
| Date or dates debt was incurred   6/15/15 | Basis for the claim:   **Supplies** | |
| Last 4 digits of account number   7083 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4** Nonpriority creditor's name and mailing address<br>**All Star Plbg & Htg, Inc.**<br>**349 Larkin Drive**<br>**Red Lion, PA 17356** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,574.32** |
| Date or dates debt was incurred   2/23/15 | Basis for the claim:   **Repairs** | |
| Last 4 digits of account number   0312 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,418.00 |
|---|---|---|---|

**American Interstate Ins. Co. 24759**
PO Box 732643
Dallas, TX 75373-2643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __12/31/15__

Basis for the claim: __Workers Comp. Insurance__

Last 4 digits of account number __1512__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,987.50 |
|---|---|---|---|

**Amy F. Engle**
29 Clermont Court
Elizabethtown, PA 17022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __6/2/15__

Basis for the claim: __Subcontractor__

Last 4 digits of account number __r033__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,836.25 |
|---|---|---|---|

**Art Engraving**
PO Box 13007
812 H 6th St
Reading, PA 19612-3007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __9/30/15__

Basis for the claim: __Subcontractor__

Last 4 digits of account number __1987__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,191.50 |
|---|---|---|---|

**ASI Advertising**
PO Box 15017
Wilmington, DE 19886-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __12/31/15__

Basis for the claim: __Advertising__

Last 4 digits of account number __3115__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.98 |
|---|---|---|---|

**Automotive of York-West**
151 N Adams St
York, PA 17404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __12/15/15__

Basis for the claim: __Supplies__

Last 4 digits of account number __5145__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,984.50 |
|---|---|---|---|

**Barley Snyder LLP**
100 East Market St
York, PA 17405-7012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __1/30/15__

Basis for the claim: __Legal fees__

Last 4 digits of account number __0078__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,410.29 |
|---|---|---|---|

**Bergdoll & Company**
137 West Market St
York, PA 17401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __10/16/14__

Basis for the claim: __Accountant fees__

Last 4 digits of account number __4313__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$515.00** |
|------|-----|-----|-----|

**Browns Glass**
**1601 W Orange St**
**York, PA 17404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __8/21/15__

**Basis for the claim:**  __Repairs__

Last 4 digits of account number  __T930__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |
|------|-----|-----|-----|

**Business First Telecom**
**475 Harvest Dr**
**York, PA 17404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __12/31/15__

**Basis for the claim:**  __Repairs__

Last 4 digits of account number  __3525__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,308.44** |
|------|-----|-----|-----|

**Campbell Harrington and Brear**
**352 West Market St**
**York, PA 17401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __5/20/15__

**Basis for the claim:**  __Advertising__

Last 4 digits of account number  __5223__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,851.90** |
|------|-----|-----|-----|

**Capital BlueCross**
**PO Box 779516**
**Harrisburg, PA 17177-9516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __11/16/15__

**Basis for the claim:**  __Health Insurance__

Last 4 digits of account number  __7191__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,370.00** |
|------|-----|-----|-----|

**Carma Industrial Coatings, Inc**
**45 Enterprise Drive**
**New Oxford, PA 17350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __10/13/15__

**Basis for the claim:**  __Supplies__

Last 4 digits of account number  __6622__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,076.00** |
|------|-----|-----|-----|

**Carter's Plumbing & Mechanicals**
**5141 Lehman Rd**
**Spring Grove, PA 17362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __8/7/15__

**Basis for the claim:**  __Repairs__

Last 4 digits of account number  __5463__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$726.00** |
|------|-----|-----|-----|

**CH Reed**
**301 Poplar St**
**Hanover, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __3/1/15__

**Basis for the claim:**  __Supplies__

Last 4 digits of account number  __8266__

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,432.30 |
|------|------|------|------|

**Chase**
Bankruptcy Dept.
P.O. Box 15145
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __2015__

Basis for the claim: __Credit card__

Last 4 digits of account number __6858__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $921.74 |
|------|------|------|------|

**Cintas Corporation #395**
PO Box 630803
Cincinnati, OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __9/2/15__

Basis for the claim: __Uniform rental__

Last 4 digits of account number __0135__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,522.50 |
|------|------|------|------|

**City of York**
101 South George St
PO Box 1506
York, PA 17405-1506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __2/28/14__

Basis for the claim: __Sewer__

Last 4 digits of account number __0076__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.18 |
|------|------|------|------|

**Columbia Gas**
PO Box 742537
Cincinnati, OH 45274-2537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __12/16/15__

Basis for the claim: __Utilities__

Last 4 digits of account number __8Dec__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.13 |
|------|------|------|------|

**Comcast**
PO Box 3006
Southeastern, PA 19398-3006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/14/15__

Basis for the claim: __Utilities__

Last 4 digits of account number __1415__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,192.83 |
|------|------|------|------|

**Frank H. Countess**
555 Highland Terrace
York, PA 17403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __1/9/15__

Basis for the claim: __Travel reimbursement__

Last 4 digits of account number __1915__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|------|------|------|------|

**Frank H. and Rebecca K. Countess**
555 Highland Terrace
York, PA 17403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/2015__

Basis for the claim: __Personal loan__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.44 |
|---|---|---|---|

**Creative Marblecast**
2020 Creek Drive
Rapid City, SD 57703-4124

Date or dates debt was incurred   __11/3/15__

Last 4 digits of account number   __0862__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.19 |
|---|---|---|---|

**Engdahl Mfg, Inc.**
190 Carlisle Ave
York, PA 17401

Date or dates debt was incurred   __3/27/15__

Last 4 digits of account number   __2264__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,064.12 |
|---|---|---|---|

**Equipment Depot**
741 Independance Ave
Mechanicsburg, PA 17055

Date or dates debt was incurred   __7/22/15__

Last 4 digits of account number   __1585__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.66 |
|---|---|---|---|

**Everbank Commercial Finance**
PO Box 911608
Denver, CO 80291-1608

Date or dates debt was incurred   __11/25/15__

Last 4 digits of account number   __1513__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Copier lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.47 |
|---|---|---|---|

**FedEx**
PO Box 371461
Pittsburgh, PA 15250-7461

Date or dates debt was incurred   __1/4/16__

Last 4 digits of account number   __2189__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Shipping__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $721.16 |
|---|---|---|---|

**Fermata Partners**
1440 Dutch Valley Place
Suite 101
Atlanta, GA 30324

Date or dates debt was incurred   __9/30/15__

Last 4 digits of account number   __2822__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Royalties__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.15 |
|---|---|---|---|

**Finishing Systems**
70 Willow Springs Circle
York, PA 17406

Date or dates debt was incurred   __1/21/16__

Last 4 digits of account number   __9109__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**First National Bank**
**4140 E. State St.**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/2/2015__

Basis for the claim: __Unsecured loan (secured by non-estate asset: 6,100 Shares of CRH Stock__

Last 4 digits of account number __8060__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.09 |
|---|---|---|---|

**First National Bank**
**4140 E. State St.**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __02/2016__

Basis for the claim: __Overdrawn bank account__

Last 4 digits of account number __1932__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,562.92 |
|---|---|---|---|

**Frank Sahd Salvage Center**
**1045 Lancaster Avenue**
**Columbia, PA 17512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __9/16/13__

Basis for the claim: __

Last 4 digits of account number __2290__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.42 |
|---|---|---|---|

**Gettle**
**2745 Blackbridge Rd**
**York, PA 17406-7920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __4/17/15__

Basis for the claim: __Repairs__

Last 4 digits of account number __2412__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,061.61 |
|---|---|---|---|

**Golf Specialties by Birdie, Inc.**
**2536 Eastern Blvd.**
**Suite 202**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __7/2/15__

Basis for the claim: __Subcontractor__

Last 4 digits of account number __5492__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,419.31 |
|---|---|---|---|

**Grainger**
**Dept. 840108948**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __10/1/15__

Basis for the claim: __Supplies__

Last 4 digits of account number __6141__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,890.50 |
|---|---|---|---|

**H&H Castings, Inc.**
**4300 Lincoln Highway**
**York, PA 17406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/22/14__

Basis for the claim: __Subcontractor__

Last 4 digits of account number __7158__

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,597.32 |
|---|---|---|---|

**High Cotton Sales**
**Attn: Chris Miller**
**8928 St. Croix Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __3/31/15__

**Basis for the claim:** __Sales commission__

Last 4 digits of account number __2015__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Hildebrand Machinery Co., Inc.**
**2023 Black Bridge Rd.**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __7/14/15__

**Basis for the claim:** __Supplies__

Last 4 digits of account number __8372__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,783.45 |
|---|---|---|---|

**Hinckle & Son**
**PO Box 240**
**729 Haverford Rd**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/30/14__

**Basis for the claim:** __Sales commission__

Last 4 digits of account number __2014__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**In the News**
**PO Box 30176**
**8517 Sunstate St**
**Tampa, FL 33630-3176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __8/25/15__

**Basis for the claim:** __Advertising__

Last 4 digits of account number __9691__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.25 |
|---|---|---|---|

**Kleppers**
**117 E. King st**
**York, PA 17401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/18/15__

**Basis for the claim:** __Repairs__

Last 4 digits of account number __5999__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,510.35 |
|---|---|---|---|

**Korco Mfg, Inc.**
**232 Keystone Way**
**Ellwood, PA 16117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __10/6/15__

**Basis for the claim:** __Repairs__

Last 4 digits of account number __1580__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,825.31 |
|---|---|---|---|

**Lancaster Foundry Supply**
**2314 Norman Road**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __7/23/15__

**Basis for the claim:** __Supplies__

Last 4 digits of account number __2000__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Learfield Licensing Partners**
**442 Century Lane**
**Suite 100**
**Holland, MI 49423**

Date or dates debt was incurred   **6/30/15**

Last 4 digits of account number   **8170**

**As of the petition filing date, the claim is:** Check all that apply.      **$959.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Royalties**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Manufacturers Association**
**160 Roosevelt Avenue**
**Suite 400**
**York, PA 17401**

Date or dates debt was incurred   **1/1/16**

Last 4 digits of account number   **4678**

**As of the petition filing date, the claim is:** Check all that apply.      **$230.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Manville Manufacturing Solutions**
**PO Box 103**
**McSherrystown, PA 17344**

Date or dates debt was incurred   **8/31/15**

Last 4 digits of account number   **5063**

**As of the petition filing date, the claim is:** Check all that apply.      **$1,140.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Mark Tummillo**
**5338 Redfield Road**
**Dunwoody, GA 30338**

Date or dates debt was incurred   **4/30/15**

Last 4 digits of account number   **2015**

**As of the petition filing date, the claim is:** Check all that apply.      **$3,573.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Sales commission**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**
**MetEd**
**PO Box 3687**
**Akron, OH 44309-3687**

Date or dates debt was incurred   **5/19/15**

Last 4 digits of account number   **1701**

**As of the petition filing date, the claim is:** Check all that apply.      **$18,234.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Millers Mutual**
**805 North Front Street**
**Harrisburg, PA 17102**

Date or dates debt was incurred   **12/9/15**

Last 4 digits of account number   **ent8**

**As of the petition filing date, the claim is:** Check all that apply.      **$1,059.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53**

**Nonpriority creditor's name and mailing address**
**MSC**
**Dept CH 0075**
**Palatine, IL 60055-0075**

Date or dates debt was incurred   **7/29/15**

Last 4 digits of account number   **5805**

**As of the petition filing date, the claim is:** Check all that apply.      **$335.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$105.96** |

**Napa Auto Parts**
**151 North Adams Street**
**York, PA 17404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **12/11/15**

Basis for the claim:   **Supplies**

Last 4 digits of account number   **4653**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$3,771.74** |

**Nefra**
**3433 East Market St**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **4/15/15**

Basis for the claim:   **Printing**

Last 4 digits of account number   **4918**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$13,776.00** |

**Occupational Safety & Health Admin**
**43 Kline Village**
**Harrisburg, PA 17104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **08/26/2015**

Basis for the claim:   **OSHA citation**

Last 4 digits of account number   **4911**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$488.84** |

**Old Village Paint**
**17-12 River Road**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **11/18/15**

Basis for the claim:   **Supplies**

Last 4 digits of account number   **3938**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$330.20** |

**Peddlers III**
**Attn: Steve Walther**
**PO Box 919**
**Belchertown, MA 01007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **11/30/14**

Basis for the claim:   **Sales commission**

Last 4 digits of account number   **2014**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$3,388.67** |

**PeoplesBank, A Codorus Valley Compa**
**105 Leader Heights Road**
**P.O. Box 2887**
**York, PA 17405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **02/2016**

Basis for the claim:   **Overdrawn bank accounts**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$769.26** |

**PPAI**
**Member Services**
**3125 Skyway Circle North**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **10/31/15**

Basis for the claim:   **Membership Dues**

Last 4 digits of account number   **2016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.58 |

**Praxair Dist Mid-Atlantic**
**3335 Farmtrail Rd**
**York, PA 17406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **12/20/14**

Last 4 digits of account number  **2351**

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,627.40 |

**Precision Engraving Co., Inc.**
**21132 Old York Rd**
**Parkton, MD 21120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **5/31/15**

Last 4 digits of account number  **0920**

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,591.29 |

**Precision Finishing, Inc.**
**708 Lawn Ave**
**Sellersville, PA 18960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **8/31/15**

Last 4 digits of account number  **7639**

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.39 |

**Quality Printing**
**PO Box 7063**
**Lancaster, PA 17604-7063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **9/18/15**

Last 4 digits of account number  **0430**

Basis for the claim:  **Printing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.08 |

**Quality York**
**2699 S. Queen Street**
**York, PA 17402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **10/20/15**

Last 4 digits of account number  **4041**

Basis for the claim:  **Copier supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.39 |

**Republic Services**
**3730 Sandhurst Drive**
**York, PA 22692-4351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **7/22/15**

Last 4 digits of account number  **1927**

Basis for the claim:  **Trash**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $551.56 |

**Select Security**
**PO Box 1707**
**Lancaster, PA 17608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **11/16/15**

Last 4 digits of account number  **1615**

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,500.00 |
|---|---|---|---|

**Sherman Properties**
**720 West Market St**
**York, PA 17401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **4/1/15**

Basis for the claim:   **Rent**

Last 4 digits of account number   **1504**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,083.84 |
|---|---|---|---|

**Sherman Property Management, Inc**
**720 West Market St**
**York, PA 17401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **10/24/14**

Basis for the claim:   **Utilities & Janitorial**

Last 4 digits of account number   **2014**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.00 |
|---|---|---|---|

**Spot Media Group**
**600 N. Hartley St**
**Suite 140**
**York, PA 17404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2/1/15**

Basis for the claim:   **Website**

Last 4 digits of account number   **6418**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.00 |
|---|---|---|---|

**Strip-It-Clean, Inc.**
**605 Loucks Mill Rd**
**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **8/14/15**

Basis for the claim:   **Subcontractor**

Last 4 digits of account number   **5874**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.95 |
|---|---|---|---|

**Susan Kowalski**
**231 N. Braodway**
**Casa Del Mar, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **12/31/14**

Basis for the claim:   **Sales commission**

Last 4 digits of account number   **2014**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.38 |
|---|---|---|---|

**T & J Giftland Trophies**
**1223 N. George St**
**York, PA 17404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **12/21/15**

Basis for the claim:   **Subcontractor**

Last 4 digits of account number   **8032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.82 |
|---|---|---|---|

**Tabletop Marketing**
**Union Hall Plaza #3**
**12104 Old Frankin Turnpike**
**Union Hall, VA 24176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **7/31/15**

Basis for the claim:   **Sales commission**

Last 4 digits of account number   **2015**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,366.46 |
|---|---|---|---|

**The Collegiate Licensing Co**
**ATTN:Royalty Operations**
**1075 Peachtree St Suite 3300**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __10/31/15__

**Basis for the claim:** __Royalties__

Last 4 digits of account number __4026__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.92 |
|---|---|---|---|

**The York Water Company**
**130 East Market St**
**PO Box 15089**
**York, PA 17405-7089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __12/18/15__

**Basis for the claim:** __Utilities__

Last 4 digits of account number __7Dec__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Thermotronix**
**17129 Muskrat Ave**
**PO Box 100**
**Adelanto, CA 92301-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __7/7/15__

**Basis for the claim:** __Repairs__

Last 4 digits of account number __8883__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,438.80 |
|---|---|---|---|

**Tiger Trash**
**PO Box 2444**
**York, PA 17405-2444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/17/15__

**Basis for the claim:** __Trash__

Last 4 digits of account number __1553__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.46 |
|---|---|---|---|

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __12/5/15__

**Basis for the claim:** __Shipping__

Last 4 digits of account number __7495__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.44 |
|---|---|---|---|

**US Boxcorp**
**14 Madison Road**
**Fairfield, NJ 07044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __4/16/15__

**Basis for the claim:** __Shipping__

Last 4 digits of account number __0750__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.05 |
|---|---|---|---|

**Veolia**
**PO Box 73709**
**Chicago, IL 60673-7709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __11/19/14__

**Basis for the claim:** __Supplies__

Last 4 digits of account number __4926__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Olde Country Reproductions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545,749.00 |
|---|---|---|---|

**William H. Swartz, III**
**1063 Wyndham Drive**
**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Personal loan__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **First National Bank**<br>**Attn: Debra Sunday**<br>**409 N. Second St., Suite 201**<br>**Harrisburg, PA 17101** | Line **3.33**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **First National Bank**<br>**Attn: Debra Sunday**<br>**409 N. Second St., Suite 201**<br>**Harrisburg, PA 17101** | Line **3.34**<br>☐ Not listed. Explain ____ | __ |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,530,354.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,530,354.84 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of Timesavers Model 2111-13-0 Wet Abrasive Belt Duburring/Finishing Machine Monthly payment = $1,092.85** | |
| State the term remaining    **36 months** | **Bank Capital Services, LLC** |
| List the contract number of any government contract | **1853 Highway 315 Pittston, PA 18640** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of premises at 722 West Market Street, York, Pennsylvania and 145 North Hartley Street, York, Pennsylvania $7,500 per month** | |
| State the term remaining | **Sherman Properties** |
| List the contract number of any government contract | **720 West Market St York, PA 17401** |

Fill in this information to identify the case:

Debtor name     **Olde Country Reproductions, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Frank H. Countess** | **555 Highland Terrace York, PA 17403** | **First National Bank** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.2 **Kelly J. Swartz** | **1063 Wyndham Drive York, PA 17403** | **First National Bank** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.3 **Lance Dunbar** | **1760 Country Club Road York, PA 17408** | **First National Bank** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.4 **Pamela K. Dunbar** | **1760 Country Club Road York, PA 17408** | **First National Bank** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.5 **Rebecca K. Countess** | **555 Highland Terrace York, PA 17403** | **First National Bank** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |

| | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | PeoplesBank, A Codorus Valley Compa | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.7 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | First National Bank | ☐ D ____ ■ E/F __3.33__ ☐ G ____ |
| 2.8 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | Chase | ☐ D ____ ■ E/F __3.19__ ☐ G ____ |
| 2.9 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | Margaret Swartz | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.10 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | New Era Lending | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.11 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | PowerUp Lending Group, Ltd. | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.12 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | World Global Financial | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.13 | William H. Swartz, III | 1063 Wyndham Drive York, PA 17403 | ACH Capital, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Olde Country Reproductions, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$24,796.12** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,076,156.34** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,346,550.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **William H. Swartz, III**<br>**1063 Wyndham Drive**<br>**York, PA 17403**<br>**President** | **1/14/2015 -**<br>**10/30/2015** | **$287,705.39** | **Repayment of loan** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **U.S. Dept. of Labor,**<br>**Occupational Safety and**<br>**Health Administration v. Olde**<br>**Country Reproductions, Inc.**<br>**15-1643** | **OSHA Violations** | **Occupational Safety &**<br>**Health Review Comm**<br>**1120 20th Street N.W.**<br>**9th Floor**<br>**Washington, DC**<br>**20036-3419** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case 1:16-bk-00536-RNO    Doc 1    Filed 02/10/16    Entered 02/10/16 11:03:23    Desc
Main Document        Page 47 of 64

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank 409 N. Second St., Suite 201 Harrisburg, PA 17101** | XXXX-1932 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 02/05/2016 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Olde Country Reproductions, Inc. 722 West Market Street York, PA 17401 | PA Dept. of Environmental Protection 150 Roosevelt Ave. Suite 200 York, PA 17401-3381 | | 11/30/2015 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Case 1:16-bk-00536-RNO    Doc 1    Filed 02/10/16    Entered 02/10/16 11:03:23    Desc
Main Document      Page 50 of 64

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Lance Dunbar**<br>**1760 Country Club Road**<br>**York, PA 17408** | **7/1/2013 - 3/1/2014** |
| 26a.2.   **Rebecca Janney**<br>**727 Madison Avenue**<br>**York, PA 17404** | **3/1/2014 - 9/1/2015** |
| 26a.3.   **Jeffrey Rentzel**<br>**1510 Burkholder Road**<br>**P.O. Box 144**<br>**Windsor, PA 17366** | **9/1/2015 - 1/1/2016** |
| 26a.4.   **Lance Dunbar**<br>**1760 Country Club Road**<br>**York, PA 17408** | **01/01/2016 - present** |
| 26a.5.   **Bergdoll & Company, LLP**<br>**137 W. Market Street**<br>**York, PA 17401** | **07/1/2013 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| Name and address | | |
|---|---|---|
| 26d.1. | **Peoples Bank**<br>**PO Box 3623**<br>**York, PA 17402** | |
| 26d.2. | **First National Bank**<br>**4140 E. State St.**<br>**Hermitage, PA 16148** | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | John Anderson | **12/31/2015** | **$20,357.51**<br>**Liquidation** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Wendy Gise**<br>**Olde Country Reproductions, Inc.**<br>**722 W. Market Street**<br>**York, PA 17401** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William H. Swartz, III** | **1063 Wyndham Drive**<br>**York, PA 17403** | **President** | **40%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Frank H. and Rebecca K. Countess** | **555 Highland Terrace**<br>**York, PA 17403** | **Frank H. Countess is Secretary** | **40%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lance Dunbar** | **1760 Country Club Road**<br>**York, PA 17408** | **Shareholder** | **20%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lance Dunbar**<br>**1760 Country Club Road**<br>**York, PA 17408** | **$97,000** | **2015** | **Annual salary** |
| | Relationship to debtor | | | |
| 30.2. | **William H. Swartz, III**<br>**1063 Wyndham Drive**<br>**York, PA 17403** | **$50,000** | **2015** | **Annual salary** |
| | Relationship to debtor<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 10, 2016**

**/s/ William H. Swartz, III**                              **William H. Swartz, III**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Olde Country Reproductions, Inc.

## Check Register

### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| Total | | | |
| 112715ach | 11/27/15 | 1ST NATIONAL EQUIPMENT FINANCE | 1,092.85 |
| ACH 120315 | 12/3/15 | 1ST NATIONAL EQUIPMENT FINANCE | 37.00 |
| 120415ach | 12/4/15 | ADVERETISING SPECIALTY | 324.75 |
| 7003 | 12/18/15 | AFLAC | 636.87 |
| 762002phone | 11/8/15 | AIRGAS USA LLC | 520.37 |
| 111015ach | 11/10/15 | ALLY | 2,086.42 |
| debit1 | 1/14/16 | ALLY | 1,008.25 |
| 1488 | 11/5/15 | American Funds | 240.47 |
| 1511 | 11/13/15 | American Funds | 187.69 |
| 1513 | 11/13/15 | American Funds | 46.25 |
| 1538 | 11/20/15 | American Funds | 230.74 |
| 1562 | 11/27/15 | American Funds | 119.99 |
| 1586 | 12/4/15 | American Funds | 119.99 |
| 1612 | 12/11/15 | American Funds | 122.86 |
| 1637 | 12/18/15 | American Funds | 119.99 |
| 1662 | 12/23/15 | American Funds | 119.99 |
| 111215ach | 12/4/15 | American Interstate Ins. Co. 24759 | 5,419.15 |
| 121015ach | 12/10/15 | American Interstate Ins. Co. 24759 | 3,244.85 |
| 111715ach | 11/17/15 | Amy F. Engle | 900.00 |
| 122115ach | 12/21/15 | Apple Automotive | 21.15 |
| 111715ach | 11/17/15 | Art Engraving | 2,500.00 |
| 7005 | 12/21/15 | Asgco Manufacturing, Inc. | 53.00 |
| ACH 112415 | 11/24/15 | AUTOMOTIVE OF YORK-WEST | 156.71 |
| 120315 ACH | 12/3/15 | AUTOMOTIVE OF YORK-WEST | 52.98 |
| 7007 | 12/29/15 | Business First Telecom | 187.50 |
| 112016 | 11/20/15 | Campbell Harrington and Brear | 2,000.00 |
| 120415ach | 12/4/15 | Campbell Harrington and Brear | 2,000.00 |
| 120915ach | 12/9/15 | Campbell Harrington and Brear | 2,000.00 |
| ACH 120115 | 12/1/15 | Capital BlueCross | 6,051.38 |
| CAPST1102 | 11/2/15 | CAPITAL STACK ii | 600.00 |
| CAPST1103 | 11/3/15 | CAPITAL STACK ii | 600.00 |
| CAPST1104 | 11/4/15 | CAPITAL STACK ii | 600.00 |
| CAPST110515 | 11/5/15 | CAPITAL STACK ii | 600.00 |
| CAPST1105 | 11/5/15 | CAPITAL STACK ii | 35.00 |
| CAPST1106 | 11/6/15 | CAPITAL STACK ii | 1,200.00 |
| CAPST1109 | 11/9/15 | CAPITAL STACK ii | 600.00 |
| CAPST1110 | 11/10/15 | CAPITAL STACK ii | 600.00 |
| CAPST1112 | 11/12/15 | CAPITAL STACK ii | 600.00 |
| CAPST1113 | 11/13/15 | CAPITAL STACK ii | 600.00 |

# Olde Country Reproductions, Inc.
## Check Register
### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| CAPST1116 | 11/16/15 | CAPITAL STACK ii | 600.00 |
| CAPST1117 | 11/17/15 | CAPITAL STACK ii | 600.00 |
| CAPST1118 | 11/18/15 | CAPITAL STACK ii | 600.00 |
| CAPST1119 | 11/19/15 | CAPITAL STACK ii | 600.00 |
| CAPST1120 | 11/20/15 | CAPITAL STACK ii | 600.00 |
| CAPST1127 | 11/27/15 | CAPITAL STACK ii | 600.00 |
| CAPST112715 | 11/27/15 | CAPITAL STACK ii | 600.00 |
| CAPST112715(2) | 11/27/15 | CAPITAL STACK ii | 35.00 |
| CAPST1130 | 11/30/15 | CAPITAL STACK ii | 600.00 |
| CAPST1202 | 12/2/15 | CAPITAL STACK ii | 600.00 |
| CAPST120215 | 12/2/15 | CAPITAL STACK ii | 600.00 |
| CAPST1203 | 12/3/15 | CAPITAL STACK ii | 600.00 |
| CAPST120415 | 12/4/15 | CAPITAL STACK ii | 35.00 |
| CAPST1204 | 12/4/15 | CAPITAL STACK ii | 600.00 |
| CAPST1207 | 12/7/15 | CAPITAL STACK ii | 1,800.00 |
| CAPST1208 | 12/8/15 | CAPITAL STACK ii | 600.00 |
| CAPST1209 | 12/9/15 | CAPITAL STACK ii | 600.00 |
| CAPST1210 | 12/10/15 | CAPITAL STACK ii | 600.00 |
| CAPST1211 | 12/11/15 | CAPITAL STACK ii | 600.00 |
| 120915ach | 12/9/15 | Carma Industrial Coatings, Inc | 10,000.00 |
| 120715ach | 12/7/15 | Chase Card Services | 1,375.00 |
| 120415ach | 12/4/15 | Colony Paper | 1,172.14 |
| 120815ach | 12/8/15 | Columbia Gas | 687.50 |
| 120915ach | 12/9/15 | Columbia Gas | 203.01 |
| 120915ach | 12/9/15 | Columbia Gas | 2.45 |
| 120215ach | 12/2/15 | Comcast | 191.07 |
| 120916ach | 12/9/15 | Comcast | 856.51 |
| debit | 1/14/16 | Comcast | 415.98 |
| Debit | 1/8/16 | Craigslist | 15.00 |
| 6217 | 11/12/15 | DOL-OSHA | 574.00 |
| 120815 | 12/8/15 | Donegal Insurance Group | 1,618.00 |
| 111215ach | 11/12/15 | EVERBANK COMMERCIAL FINANCE | 648.99 |
| 111715ach | 11/17/15 | EXPRESS ONE POSTAGE | 25.00 |
| 111815ach | 11/18/15 | EXPRESS ONE POSTAGE | 25.00 |
| 122315ach | 12/23/15 | FedEx | 151.66 |
| 120715 | 12/7/15 | Finishing Systems | 868.55 |
| 110915ach | 11/9/15 | FIRST NATIONAL BANK LOC | 500.00 |
| 6216 | 11/12/15 | FIRST NATIONAL BANK LOC | 1,291.67 |
| 7000 | 12/14/15 | FIRST NATIONAL BANK LOC | 1,624.19 |
| 120915ach | 12/9/15 | Grainger | |

# Olde Country Reproductions, Inc.

## Check Register

### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 121015ach | 12/10/15 | Grainger | 1,150.23 |
| 1020 | 11/8/15 | H&H CASTINGS INC | 4,000.00 |
| ACH 120315 | 12/3/15 | Harvey Rent-All | 28.41 |
| 111015ach | 11/10/15 | HILDEBRAND MACHINERY CO INC | 2,400.00 |
| 5006 | 1/14/16 | John Anderson | 175.00 |
| 110515ach | 11/5/15 | John B Brandl | 500.00 |
| 112015 | 11/20/15 | John B Brandl | 500.00 |
| 120915ach | 12/9/15 | John B Brandl | 500.00 |
| 122315 | 12/23/15 | John B Brandl | 688.16 |
| 7002 | 12/17/15 | Lancaster Foundry Supply | 507.95 |
| 110515ach | 11/5/15 | Mark Tummillo | 4,000.00 |
| 7039 | 12/23/15 | Matt Kuehnle | 500.00 |
| 5010 | 1/19/16 | Matt Kuehnle | 269.56 |
| 36556819 | 11/3/15 | MetEd | 8,678.06 |
| 112315 | 11/24/15 | MetEd | 1,091.09 |
| 6218 | 11/24/15 | MICRO-BRAND MERCHANDISING | 1,000.00 |
| 6220 | 12/7/15 | MICRO-BRAND MERCHANDISING | 1,500.00 |
| 7008 | 12/30/15 | MICRO-BRAND MERCHANDISING | 2,281.22 |
| 5009 | 1/18/16 | MICRO-BRAND MERCHANDISING | 1,340.86 |
| 320142phone | 12/8/15 | Millers Mutual | 1,604.30 |
| 120815ach | 12/8/15 | Millers Mutual | 529.55 |
| 111915ach | 11/19/15 | NACS, Inc. | 1,356.00 |
| debit | 1/19/16 | NACS, Inc. | 1,356.00 |
| 111215ach | 11/12/15 | National Abrasive Sales | 606.43 |
| 111815ach | 11/18/15 | National Abrasive Sales | 183.01 |
| 111815ach | 11/18/15 | National Abrasive Sales | 666.30 |
| 111215ach | 11/18/15 | National Abrasive Sales | 425.63 |
| NEWERA1102 | 11/2/15 | NEW ERA LENDING | 856.00 |
| NEWERA1103 | 11/3/15 | NEW ERA LENDING | 856.00 |
| NEWERA1104 | 11/4/15 | NEW ERA LENDING | 856.00 |
| NEWERA1105 | 11/5/15 | NEW ERA LENDING | 856.00 |
| NEWERA1106 | 11/6/15 | NEW ERA LENDING | 856.00 |
| NEWERA1109 | 11/9/15 | NEW ERA LENDING | 856.00 |
| NEWERA1110 | 11/10/15 | NEW ERA LENDING | 856.00 |
| NEWERA1112 | 11/12/15 | NEW ERA LENDING | 856.00 |
| NEWERA111215 | 11/12/15 | NEW ERA LENDING | 856.00 |
| NEWERA1113 | 11/13/15 | NEW ERA LENDING | 856.00 |
| NEWERA1116 | 11/16/15 | NEW ERA LENDING | 856.00 |
| NEWERA1117 | 11/17/15 | NEW ERA LENDING | 856.00 |
| NEWERA1118 | 11/18/15 | NEW ERA LENDING | 856.00 |

# Olde Country Reproductions, Inc.

## Check Register

### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| NEWERA1119 | 11/19/15 | NEW ERA LENDING | 856.00 |
| NEWERA1127 | 11/27/15 | NEW ERA LENDING | 856.00 |
| NEWERA112715 | 11/27/15 | NEW ERA LENDING | 856.00 |
| NEWERA112715( | 11/27/15 | NEW ERA LENDING | 856.00 |
| NEWERA1202 | 12/2/15 | NEW ERA LENDING | 856.00 |
| NEWERA1203 | 12/3/15 | NEW ERA LENDING | 856.00 |
| NEWERA120315 | 12/3/15 | NEW ERA LENDING | 856.00 |
| NEWERA1204 | 12/4/15 | NEW ERA LENDING | 856.00 |
| NEWERA1207 | 12/7/15 | NEW ERA LENDING | 856.00 |
| NEWERA1208 | 12/8/15 | NEW ERA LENDING | 7,248.00 |
| NEWERA1209 | 12/9/15 | NEW ERA LENDING | 856.00 |
| 131500000535092 | 11/5/15 | PA Department of Revenue | 104.25 |
| 131500000532862 | 11/20/15 | PA Department of Revenue | 142.93 |
| 122115ach | 12/21/15 | PA Department of Revenue | 178.52 |
| | 1/4/16 | PELLA ENGRAVING | 188.06 |
| 7001 | 12/16/15 | Penn-Air | 137.37 |
| 112515ach | 11/15/15 | Peoples Bank | 548.30 |
| fup110215 | 11/2/15 | POWER UP LENDING | 1,445.71 |
| fup110315 | 11/3/15 | POWER UP LENDING | 1,445.71 |
| fup110415 | 11/4/15 | POWER UP LENDING | 1,445.71 |
| fup110515 | 11/5/15 | POWER UP LENDING | 1,445.71 |
| fup110615 | 11/6/15 | POWER UP LENDING | 1,445.71 |
| fup110915 | 11/9/15 | POWER UP LENDING | 1,445.71 |
| fup111015 | 11/10/15 | POWER UP LENDING | 1,445.71 |
| fup111215 | 11/12/15 | POWER UP LENDING | 1,445.71 |
| fup111315 | 11/13/15 | POWER UP LENDING | 1,445.71 |
| fup111615 | 11/16/15 | POWER UP LENDING | 1,445.71 |
| fup111715 | 11/17/15 | POWER UP LENDING | 1,445.71 |
| fup111815 | 11/18/15 | POWER UP LENDING | 1,445.71 |
| fup111915 | 11/19/15 | POWER UP LENDING | 1,445.71 |
| fup112015 | 11/20/15 | POWER UP LENDING | 1,445.71 |
| fup112315 | 11/23/15 | POWER UP LENDING | 1,445.71 |
| fup112415 | 11/24/15 | POWER UP LENDING | 1,445.71 |
| fup112515 | 11/25/15 | POWER UP LENDING | 1,445.71 |
| fup112716 | 11/27/15 | POWER UP LENDING | 1,445.71 |
| fup113015 | 11/30/15 | POWER UP LENDING | 1,445.71 |
| fup120115 | 12/1/15 | POWER UP LENDING | 1,445.71 |
| fup120215 | 12/2/15 | POWER UP LENDING | 1,445.71 |
| fup120315 | 12/3/15 | POWER UP LENDING | 1,445.71 |
| fup120415 | 12/4/15 | POWER UP LENDING | 1,445.71 |

# Olde Country Reproductions, Inc.

## Check Register

### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| fup120715 | 12/7/15 | POWER UP LENDING | 1,445.71 |
| fup120815 | 12/8/15 | POWER UP LENDING | 1,445.71 |
| fup120915 | 12/9/15 | POWER UP LENDING | 1,445.71 |
| fup121015 | 12/10/15 | POWER UP LENDING | 1,445.71 |
| 110615debit | 11/6/15 | QUALITY YORK | 412.88 |
| 5011 | 1/26/16 | R&B Services | 2,500.00 |
| 6211 | 11/1/15 | Rebecca Janney | 380.00 |
| 6212 | 11/1/15 | Rebecca Janney | 400.00 |
| 6214 | 11/5/15 | Rebecca Janney | 440.00 |
| 6215 | 11/8/15 | Rebecca Janney | 400.00 |
| 122415ach | 12/24/15 | REPUBLIC SERVICES | 279.23 |
| RICH1102 | 11/2/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1103 | 11/3/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1104 | 11/4/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1105 | 11/5/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1106 | 11/6/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1109 | 11/9/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1110 | 11/10/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1112 | 11/12/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH111215 | 11/12/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1113 | 11/13/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1116 | 11/16/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1117 | 11/17/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1118 | 11/18/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1119 | 11/19/15 | RICHMOND CAPITAL GROUP | 499.00 |
| RICH1120 | 11/20/15 | RICHMOND CAPITAL GROUP | 30.00 |
| 7010 | 1/7/16 | Roto Rooter | 375.00 |
| 120215ach | 12/2/15 | SAGE | 143.80 |
| 120215ach | 12/2/15 | SAGE | 143.80 |
| 121415ach | 12/14/15 | SAGE | 106.75 |
| 120815ach | 12/8/15 | Schaedler Yesco | 124.45 |
| 7006 | 12/28/15 | Security Life | 22.67 |
| | 12/22/15 | Shipley Energy | -93.32 |
| 7004 | 12/21/15 | T & J Giftland Trophies | 229.28 |
| 120715ach | 12/7/15 | The Collegiate Licensing Co | 6,166.49 |
| 120916ach | 12/9/15 | The York Water Company | 77.31 |
| 5001 | 1/7/16 | The York Water Company | 500.00 |
| | 1/7/16 | The York Water Company | 761.28 |
| 110615 | 11/6/15 | UPS | 661.62 |
| 080120 | 11/12/15 | UPS | 429.61 |

2/3/2016 at 9:06 AM

# Olde Country Reproductions, Inc.
## Check Register
### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 080820 | 11/12/15 | UPS | 114.44 |
| 081520 | 11/12/15 | UPS | 112.91 |
| 082220 | 11/12/15 | UPS | 76.45 |
| 090520 | 11/12/15 | UPS | 29.47 |
| 091220 | 11/12/15 | UPS | 29.37 |
| 091920 | 11/12/15 | UPS | 27.19 |
| 092620 | 11/12/15 | UPS | 2.90 |
| 100320 | 11/12/15 | UPS | 1.77 |
| 101720 | 11/12/15 | UPS | 1.63 |
| 111315 | 11/13/15 | UPS | 668.60 |
| 082920 | 11/13/15 | UPS | 48.38 |
| 101020 | 11/13/15 | UPS | 1.76 |
| 11231 5ach | 11/23/15 | UPS | 826.23 |
| 11271 6ach | 11/27/15 | UPS | 824.21 |
| 12041 5ach | 12/4/15 | UPS | 378.56 |
| 12181 6ach | 12/18/15 | UPS | 1,115.31 |
| 11101 5ach | 11/10/15 | USPS Postmaster | 2,199.75 |
| 11181 5ach | 12/18/15 | USPS.COM | 10.08 |
| 11131 5ach | 11/13/15 | VERIZON WIRELESS | 375.39 |
| 12231 5ach | 12/23/15 | VERIZON WIRELESS | 527.29 |
| debit2 | 1/14/16 | VERIZON WIRELESS | 521.38 |
| WGP1101 | 11/1/15 | WORLD GLOBAL FINANCING INC | 19.50 |
| WGP1103 | 11/3/15 | WORLD GLOBAL FINANCING INC | 11.54 |
| WGP1104 | 11/4/15 | WORLD GLOBAL FINANCING INC | 162.60 |
| WGP1105 | 11/5/15 | WORLD GLOBAL FINANCING INC | 413.91 |
| WGP1106 | 11/6/15 | WORLD GLOBAL FINANCING INC | 28.91 |
| WGP1109 | 11/9/15 | WORLD GLOBAL FINANCING INC | 17.15 |
| WGP1110 | 11/10/15 | WORLD GLOBAL FINANCING INC | 10.85 |
| WGP1112 | 11/12/15 | WORLD GLOBAL FINANCING INC | 341.40 |
| WGP1116 | 11/16/15 | WORLD GLOBAL FINANCING INC | 324.73 |
| WGP1117 | 11/17/15 | WORLD GLOBAL FINANCING INC | 269.22 |
| WGP1118 | 11/18/15 | WORLD GLOBAL FINANCING INC | 446.48 |
| WGP1119 | 11/19/15 | WORLD GLOBAL FINANCING INC | 13.44 |
| WGP1120 | 11/20/15 | WORLD GLOBAL FINANCING INC | 22.11 |
| WGP1123 | 11/23/15 | WORLD GLOBAL FINANCING INC | 103.02 |
| WGP1124 | 11/24/15 | WORLD GLOBAL FINANCING INC | 57.17 |
| WGP1125 | 11/25/15 | WORLD GLOBAL FINANCING INC | 82.00 |
| WGP1127 | 11/27/15 | WORLD GLOBAL FINANCING INC | 31.62 |
| WGP1201 | 12/1/15 | WORLD GLOBAL FINANCING INC | 242.57 |
| WGP120115 | 12/1/15 | WORLD GLOBAL FINANCING INC | 19.50 |

# Olde Country Reproductions, Inc.

## Check Register

### For the Period From Nov 1, 2015 to Feb 29, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| WGP1202 | 12/2/15 | WORLD GLOBAL FINANCING INC | 83.31 |
| WGP1203 | 12/3/15 | WORLD GLOBAL FINANCING INC | 126.08 |
| WGP1204 | 12/4/15 | WORLD GLOBAL FINANCING INC | 491.34 |
| WGP1207 | 12/7/15 | WORLD GLOBAL FINANCING INC | 946.27 |
| WGP1208 | 12/8/15 | WORLD GLOBAL FINANCING INC | 49.62 |
| WGP1209 | 12/9/15 | WORLD GLOBAL FINANCING INC | 263.86 |
| WGP1210 | 12/10/15 | WORLD GLOBAL FINANCING INC | 80.11 |
| WGP1211 | 12/11/15 | WORLD GLOBAL FINANCING INC | 195.29 |
| WGP1214 | 12/14/15 | WORLD GLOBAL FINANCING INC | 238.60 |
| WGP1215 | 12/15/15 | WORLD GLOBAL FINANCING INC | 33.20 |
| WGP1216 | 12/16/15 | WORLD GLOBAL FINANCING INC | 129.64 |
| WGP1217 | 12/17/15 | WORLD GLOBAL FINANCING INC | 126.07 |
| WGP1218 | 12/18/15 | WORLD GLOBAL FINANCING INC | 12.88 |
| WGP1221 | 12/21/15 | WORLD GLOBAL FINANCING INC | 206.78 |
| WGP1222 | 12/22/15 | WORLD GLOBAL FINANCING INC | 69.15 |
| WGP1223 | 12/23/15 | WORLD GLOBAL FINANCING INC | 91.05 |
| WGP1224 | 12/24/15 | WORLD GLOBAL FINANCING INC | 83.39 |
| YELLOW1102 | 11/2/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW110215 | 11/2/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1103 | 11/3/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW110315 | 11/3/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1104 | 11/4/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1105 | 11/5/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1106 | 11/6/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1109 | 11/9/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1110 | 11/10/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1112 | 11/12/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1113 | 11/13/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1116 | 11/16/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1117 | 11/17/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1118 | 11/18/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1119 | 11/19/15 | YELLOWSTONE CAPITAL LLC | 1,199.00 |
| YELLOW1204 | 12/4/15 | YELLOWSTONE CAPITAL LLC | 3,715.00 |

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Olde Country Reproductions, Inc.**                  Case No.

                                         Debtor(s)               Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00* |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00* |

*All services are being rendered on an hourly basis.

2.    The source of the compensation paid to me was:

      ☐ Debtor       ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ☑ Debtor       ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]
           **The Debtors have not paid a retainer to Counsel. The Debtors agree that services noted herein will be billed at an hourly rate as set forth in the initial fee agreement between the debtor and counsel. Any funds paid by Debtor to Counsel will be held in escrow pending approval by the Bankruptcy Court.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/10/2016                               /s/Lawrence V. Young, Esquire

*Date*                                              **Lawrence V. Young 21009**
                                                   *Signature of Attorney*
                                                   **CGA Law Firm**
                                                   **135 North George Street**
                                                   **York, PA 17401**
                                                   **717-848-4900   Fax: 717-843-9039**
                                                   **lyoung@cgalaw.com**
                                                   *CGA Law Firm*

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Olde Country Reproductions, Inc.**

                        Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 10, 2016**

Signature  **/s/ William H. Swartz, III**

                        **William H. Swartz, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Olde Country Reproductions, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 10, 2016**

**/s/ William H. Swartz, III**

**William H. Swartz, III**/**President**
Signer/Title

I,      **Lawrence V. Young 21009**      , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **6** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **February 10, 2016**

**/s/ Lawrence V. Young**

Signature of Attorney
**Lawrence V. Young 21009**
**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900   Fax: 717-843-9039**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Olde Country Reproductions, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Olde Country Reproductions, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2016**

Date

**/s/ Lawrence V. Young**

**Lawrence V. Young 21009**

Signature of Attorney or Litigant

Counsel for    **Olde Country Reproductions, Inc.**

**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900 Fax:717-843-9039**
**lyoung@cgalaw.com**